# Order

Michigan Supreme Court
Lansing, Michigan

May 1, 2018

156041 & (16)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 156041
COA: 337528
Wayne CC: 96-503960-FC

STEVEN S. BAILEY, JR.,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the April 25, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018



d0423

Clerk